Form A.O. 91 (Rev. 12-1-58)            Complaint

# United States District Court
### FOR THE
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v

ALBERT HERZOG

Commissioner's Docket No. 7
Case No. 70-802

COMPLAINT for VIOLATION of

U.S.C. Title 18

Section 472

BEFORE **EDWARD P. SWAN**, *Name of Commissioner*     **MIAMI, FLORIDA**, *Address of Commissioner*

The undersigned complainant being duly sworn states:

That on or about **November 18**, 19 **70** at **Dade County, Florida** in the **Southern** District of **Florida**

(1) **ALBERT HERZOG**

did (2) unlawfully and knowingly with intent to defraud pass and utter a counterfeit $100 Federal Reserve Note, drawn on the Federal Reserve Bank of New York, New York, New York, bearing Check Letter A, Face Plate No. 1, Back Plate No. 2, Series 1969, Serial No. B00067395A, bearing facsimile signatures of Dorothy Andrews Elston, Treasurer of the United States, and David M. Kennedy, Secretary of the Treasury, knowing same to be counterfeit in violation of U.S.C. Title 18, Section 472.

And the complainant states that this complaint is based on **investigation by Frank A. Rubino, Special Agent, U.S. Secret Service, and Complainant.**

And the complainant further states that he believes that **Ralph Dyer and Norman Sanger** are material witnesses in relation to this charge.

*Signature of Complainant*
CHARLES W. BABER
Special Agent, U.S. Secret Service
*Official Title*

Sworn to before me, and subscribed in my presence, **November 19**, 19 **70**.

EDWARD P. SWAN
United States Commissioner

(1) Insert name of accused.
(2) Insert statement of the essential facts constituting the offense charged.