## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>70-802-MG-SWAN</u>

**UNITED STATES OF AMERICA**

**vs.**

**JOHN DOE**
**a/k/a**
**ALBERT HERZOG,**

    **Defendant.**

_____/

### <u>ORDER OF DISMISSAL</u>

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses

the Indictment against defendant **JOHN DOE a/k/a ALBERT HERZOG** in this case without

prejudice for the reason that this case against this defendant is no longer viable for prosecution.

          Respectfully submitted,

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _Oct 31, 2023_

          HON. CECILIA M. ALTONAGA
          CHIEF UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney (Lynn Kirkpatrick, AUSA)
   U.S. Marshal